UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel*. PPP ELIGIBILITY EXPERTS LLC,
Plaintiffs,
v.
HOEHN MOTORS INC. dba MERCEDES-BENZ OF CARLSBAD, et al.,
Defendants.

Case No.: 24cv1600-W-AHG

**ORDER GRANTING REQUEST FOR ADDITIONAL 90 DAYS TO SERVE COMPLAINT [DOC. 19]**

Pending before the Court is Relator's request for an additional 90 days to serve the Complaint. (Doc. 19.) Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the motion [Doc.19]. Relator shall have an additional 90 days to serve the Complaint.

**IT IS SO ORDERED.**

Dated: November 2, 2026

Hon. Thomas J. Whelan
United States District Judge